**Jeffery Warren SANDERS,
Plaintiff–Appellant,**

v.

**Tracy JOHNSON; Shirley Meyers;
Jack Meyers, Defendants–
Appellees.**

No. 03–41708
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 24, 2004.

Jeffery Warren Sanders, Fort Stockton, TX, for Plaintiff–Appellant.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM:*

Jeffery Warren Sanders, Texas prisoner # 680206, appeals the dismissal of his *pro se, in forma pauperis* 42 U.S.C. § 1983 complaint. He asserts that the defendants engaged in fraud and unfair practices in filing a police report against him for a bad check charge, which resulted in his plea of *nolo contendere* to the offense and to a revocation of his parole. The district court did not abuse its discretion in dismissing as frivolous Sanders's claims, inasmuch as his allegations implicate the invalidity of his conviction and revocation, and Sanders has not demonstrated that these have been invalidated. *Heck v. Humphrey,* 512 U.S. 477, 487, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994); *Siglar v. Hightower,* 112 F.3d 191, 193 (5th Cir.1997). Consequently, the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.